[No. 46354-3-I.  Division One.  January 29, 2001.]

JOHN DICKINSON, ET AL., *Appellants*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-26953-7, Suzanne M. Barnett, J., entered March 3, 2000. *Affirmed* by unpublished opinion per Cox, J., concurred in by Coleman and Ellington, JJ.

[No. 45467-6-I.  Division One.  January 29, 2001.]

*In the Matter of the Marriage of* GRETCHEN ANN GIDWANI, *Appellant*, and HARISH K. GIDWANI, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 94-3-02045-9, Peter D. Jarvis, J., entered October 18, 1999. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Webster and Cox, JJ.

[No. 43629-5-I.  Division One.  January 29, 2001.]

*In the Matter of the Marriage of* JOHN G. THAYER, *Appellant*, and DOROTHY THAYER, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 95-3-00249-4, Michael F. Moynihan, J., entered October 13, 1998. *Affirmed* by unpublished opinion per Cox, J., concurred in by Coleman and Appelwick, JJ.

[No. 46124-9-I.  Division One.  January 29, 2001.]

H. PAUL REISING, ET AL., *Appellants*, v. JOHN C. PAULSEN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-30572-1, Jay V. White, J., entered April 1, 1999. *Affirmed* by unpublished opinion per Webster, J., concurred in by Coleman and Kennedy, JJ.